Dr. Mickie SHANK and Michael Shank, Appellants,

v.

MISSOURI NATIONAL EDUCATION ASSOCIATION, Respondent.

WD 78526

Missouri Court of Appeals,
Western District.

ORDER FILED: November 17, 2015

Larry A. Bagsby, St. Charles, MO, Attorney for Appellants.

Sally E. Barker and Loretta K. Haggard, St. Louis, MO, Attorneys for Respondent.

Before Division Three: Joseph M. Ellis, Presiding Judge, and Karen King Mitchell and Gary D. Witt, Judges

**Order**

Per Curiam:

Dr. Mickie Shank and her husband, Michael Shank, appeal the grant of summary judgment in favor of the Missouri National Education Association (MoNEA), on the Shanks' claims of defamation (libel), tortious interference with business expectancy, and loss of consortium, based upon a letter drafted by MoNEA and provided to the Mexico School District Board of Education. The circuit court granted Mo-

NEA's motion for summary judgment on the ground that the Shanks could not prove malice in the publication of the letter. Finding no error, we affirm. Rule 84.16(b).